THE LAW OFFICE OF
# DALE W. PITTMAN, P.C.
THE ELIZA SPOTSWOOD HOUSE
112-A WEST TABB STREET
PETERSBURG, VIRGINIA 23803-3212
TELEPHONE (804) 861-6000
FACSIMILE (804) 861-3368

DALE W. PITTMAN
dale@pittmanlawoffice.com

June 17, 2010

Fernando Galindo, Clerk
United States District Court
701 E. Broad Street, Suite 3000
Richmond, Virginia 23219-3528

    **Re: Mary Anthony v. National Asset Management, LLC and Zarvad III Collections, d/b/a MyPayDayLoan.com, Civil Action No. 3:10cv113**

Dear Mr. Galindo:

    The above-referenced matter has settled. We will be forwarding a dismissal Order to the Court shortly.

    Please call if you have any questions. Thank you for your anticipated cooperation and assistance in this regard.

                            Yours very truly,

                            Dale W. Pittman

Copies to:    Mary Anthony
                John Cavicchio, III, Esquire (via email)

JUN 18 2010
CLERK